**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **BIG RIVER BREWERIES, INC.,** | : | **Case No. 20-10479 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 62-1566292** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **BREW MOON COLORADO, INC.,** | : | **Case No. 20-10480 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 84-1565001** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CHOPHOUSE LICENSE, LLC,** | : | **Case No. 20-10481 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 82-2452340** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CRAFT BREWERY HOLDING, INC.,** | : | **Case No. 20-10482 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 27-3641228** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CRAFTWORKS HOLDINGS, LLC,** | : | **Case No. 20-10473 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 83-2257163** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CRAFTWORKS INTERMEDIATE CO, LLC,** | : | **Case No. 20-10474 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 83-2269810** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CRAFTWORKS PARENT, LLC,** | : | **Case No. 20-10475 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 83-2243345** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CRAFTWORKS RESTAURANTS & BREWERIES GROUP, INC.,** | : | **Case No. 20-10483 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 84-1494820** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CRAFTWORKS RESTAURANTS & BREWERIES, INC.,** | : | **Case No. 20-10484 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 84-3482504** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CRAFTWORKS RESTAURANTS & BREWERIES, LLC,** | : | **Case No. 20-10485 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 27-3640676** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **GB ACQUISITION, INC.,** | : | **Case No. 20-10486 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 62-1795175** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **GB FRANCHISE, LLC,** | : | **Case No. 20-10487 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 45-4127716** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **GB KANSAS, LLC,** | : | **Case No. 20-10488 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 45-2570924** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **GB MARYLAND, INC.,** | : | **Case No. 20-10489 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 26-2816439** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **GB PARENT, INC.,** | : | **Case No. 20-10490 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 27-3641281** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **GBBR TEXAS, INC.,** | : | **Case No. 20-10491 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 26-0869904** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **GORDON BIERSCH BREWERY RESTAURANT GROUP, INC.,** | : | **Case No. 20-10492 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 62-1518023** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **HARBOR EAST BREWERY, LLC,** | : | **Case No. 20-10493 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 45-4537759** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **LOGAN'S RESTAURANTS, INC.,** | : | **Case No. 20-10476 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 83-2239987** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **LOGAN'S ROADHOUSE, INC.,** | : | **Case No. 20-10494 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 62-1602074** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **LOGAN'S ROADHOUSE OF KANSAS, INC.,** | : | **Case No. 20-10477 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 20-5948716** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **LOGAN'S ROADHOUSE OF TEXAS, INC.,** | : | **Case No. 20-10478 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 74-2902372** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **LRI HOLDINGS, INC.,** | : | **Case No. 20-10495 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 20-5894571** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **OLD CHICAGO FRANCHISING LLC,** | : | **Case No. 20-10496 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 84-1407249** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **OLD CHICAGO OF COLORADO, INC.,** | : | **Case No. 20-10497 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 84-1004857** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **OLD CHICAGO OF KANSAS, INC.,** | : | **Case No. 20-10498 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 48-1160606** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **OLD CHICAGO OREGON, LLC,** | : | **Case No. 20-10499 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 47-4455083** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **OLD CHICAGO PARKER CROSSING, INC.,** | : | **Case No. 20-10500 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 20-1309218** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **OLD CHICAGO TAPROOM, LLC,** | : | **Case No. 20-10501 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 84-1265838** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **OLD CHICAGO WESTMINSTER, INC.,** | : | **Case No. 20-10502 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 84-0985759** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **ROADHOUSE INTERMEDIATE INC.,** | : | **Case No. 20-10503 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 27-4076159** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **ROADHOUSE MIDCO INC.,** | : | **Case No. 20-10504 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 27-4076337** | : | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ROADHOUSE PARENT INC.,** | **Case No. 20-10472 (BLS)** |
| **Debtor.** | |
| **Tax I.D. No. 27-3425108** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ROCK BOTTOM ARIZONA, INC.,** | **Case No. 20-10505 (BLS)** |
| **Debtor.** | |
| **Tax I.D. No. 84-1584848** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ROCK BOTTOM LICENSE, LLC,** | **Case No. 20-10506 (BLS)** |
| **Debtor.** | |
| **Tax I.D. No. 82-2439033** | |

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ROCK BOTTOM OF MINNEAPOLIS, INC.,** | **Case No. 20-10507 (BLS)** |
| **Debtor.** | |
| **Tax I.D. No. 93-1105762** | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **WADSWORTH OLD CHICAGO, INC.,** | : | **Case No. 20-10508 (BLS )** |
| **Debtor.** | : | |
| **Tax I.D. No. 84-1004849** | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **WALNUT BREWERY, INC.,** | : | **Case No. 20-10509 (BLS)** |
| **Debtor.** | : | |
| **Tax I.D. No. 84-1117405** | : | |

**ORDER DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases (the "Chapter 11 Cases") for an order directing the joint administration of these Chapter 11 Cases and the consolidation thereof for procedural purposes only, all as more fully set forth in the Motion; and the Court having reviewed the Motion and the First Day Declaration and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. These Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3. The Clerk of the Court shall maintain one file and one docket for all of these Chapter 11 Cases, which file and docket shall be the file and docket for the Chapter 11 Case of CraftWorks Parent, LLC Case No. 20-10475.

4. All pleadings filed in these Chapter 11 Cases shall bear a consolidated caption in the following form:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CRAFTWORKS PARENT, LLC, *et al.*,** | : | **Case No. 20-10475 (BLS)** |
| **Debtors.**[1] | : | **(Jointly Administered)** |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's

Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

5. The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

6. The Clerk of the Court shall make a docket entry in each Debtor's Chapter 11 Case (except that of CraftWorks Parent, LLC) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Big River Breweries, Inc., Brew Moon Colorado, Inc., Chophouse License, LLC, Craft Brewery Holding, Inc., CraftWorks Holdings, LLC, CraftWorks Intermediate Co, LLC, CraftWorks Parent, LLC, CraftWorks Restaurants & Breweries Group, Inc., CraftWorks Restaurants & Breweries, Inc., CraftWorks Restaurants & Breweries, LLC, GB Acquisition, Inc., GB Franchise, LLC, GB Kansas, LLC, GB Maryland, Inc., GB Parent, Inc., GBBR Texas, Inc., Gordon Biersch Brewery Restaurant Group, Inc., Harbor East Brewery, LLC, Logan's Restaurants, Inc., Logan's Roadhouse, Inc., Logan's Roadhouse of Kansas, Inc., Logan's Roadhouse of Texas, Inc., LRI Holdings, Inc., Old Chicago Franchising LLC, Old Chicago of Colorado, Inc., Old Chicago of Kansas, Inc., Old Chicago Oregon, LLC, Old Chicago Parker Crossing, Inc., Old Chicago Taproom, LLC, Old Chicago Westminster, Inc., Roadhouse Intermediate Inc., Roadhouse Midco Inc., Roadhouse Parent Inc., Rock Bottom Arizona, Inc., Rock Bottom License, LLC, Rock Bottom of Minneapolis, Inc., Wadsworth Old Chicago, Inc., and Walnut Brewery, Inc. **The docket in the chapter 11 case of CraftWorks Parent, LLC, Case No. 20-10475, should be consulted for all matters affecting this case.**

7. One consolidated docket, one file and one consolidated service list shall be maintained for the Chapter 11 Cases by the Debtors and kept by the Clerk of the Court.

8. The Debtors and the Clerk of the Court are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases.

10. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 4, 2020
Wilmington, Delaware

THE HONORABLE BENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE